From  wyattearp69█████████                                    Su 22. Oct 13:20
To    Me <elmano1970█████████
**Re: help me**

---

So good to hear from you. I wrote you a letter from B███ P██ which you will receive soon. I had written you another lettter which i will just send here:

Curt, I can't stop thinking about your situation. My email is encrypted or if it were not I would not here right now. They are getting to lay one on you and you know it. Look at DB, unbelievably the government did not even want to give him anything at all but Reeves went ahead and gave him the most he could.

I am not a pessimistic but there is no realistic scenario in which this comes out well for you. I saw your face in the pictures and you were as red, red. Life is too short to go thru this especially when you don't have to do so. Freedom is priceless. I do not understand what is holding you other than perhaps some hope for a miracle. Not too many of them going around.

Here you will have a respectable life and live well. I have finally landed on my feet after some rather rocky moments. Further, the women here are hot, hot. Is it money holding you back? If so, I might be able to get some to you to make the trip. Once you exit the United States I will have someone with you the entire time until you arrive here. I must admit despite unbelievable trust in you I am somewhat fearful of giving you too many details because the consequences for me are simply too great. But, despite this fear, I am willing to help you because it is making me sad every day here thinking about your situation.

If you persist in the path you are on and your miracle does not happen then it will be too late. I bet you take this chance and do what you know you must do to retain some dignity and quality of life. Don't let them steal that from you. We both know even if you miracle happens it will be hard to find employment after this. Adkins relied on his fantasized miracle from "God" and next thing we hear about his suicide attempt. His life is effectively over. We both know the media attention will force Reeves to treat you most harshly. Don't trust Davis as he is simply trying to use this as his stepping stone for moving up in the system. He will tell you anything. You know that.

The facts are staring you in the face. Your choice is all too obvious. Come here and enjoy life and make a decent living, have respectability and get a good woman or good

| | | |
|---|---|---|
| From | wyattearp69 | Su 22. Oct 14:01 |
| To | Me <elmano1970 | |

**Re: help me**

do you still have the license? you know which one i mean

--

Securely sent with Tutanota. Claim your encrypted mailbox today!

20. Oct 2017 09:57 by elmano1970
(mailto:elmano1970            ):

> Hey,
> Im in deep trouble, can't leave the house, got braclet like yours. Need help asap.
> El Mano
> --
> Securely sent with Tutanota. Claim your encrypted mailbox today!